COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Bruce Wayne Suza v. The State of Texas

Appellate case number:   01-17-00116-CR

Trial court case number: 77839-CR

Trial court:             412th District Court of Brazoria County

Appellant's brief, filed on July 5, 2017, in the above-referenced appeal, contains "sensitive data" as defined by Texas Rule of Appellate Procedure 9.10(a)(3). Specifically, the brief identifies by full name a minor child who is the victim of sexual assault, who was a minor at the time of the alleged offense of sexual assault of a child. The disclosure of this information is prohibited by article 57.02(h) of the Code of Criminal Procedure. TEX. CODE CRIM. PROC. art. 57.02(h); *see also* TEX. CODE CRIM. PROC. art. 57.01(4).

Accordingly, the Court **STRIKES** the appellant's original brief, filed on July 5, 2017, which has been removed from this Court's external website. Appellant's counsel is ORDERED to refile, within 7 days of the date of this order, a compliant brief containing appropriate redactions and use of aliases.

It is so ORDERED.


Judge's signature: /s/ Jennifer Caughey_____
                 ☑ Acting individually    ☐ Acting for the Court


Date:  _February 1, 2018_____